IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TELMA O. HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-cv-593-JTA |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is presently set for a pretrial conference on June 29, 2022 at 2:00 p.m. in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

Pursuant to the Uniform Scheduling Order (Doc. No. 12), the parties are directed to jointly prepare a proposed pretrial order consistent with the outline attached to this order. The plaintiff shall insure that the original of the proposed pretrial order is received by the court NOT LATER THAN TWO days prior to the pretrial conference by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to propord_adams@almd.uscourts.gov. For this purpose, the electronic copy should be in Word format.

DONE this 21st day of June, 2022.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TELMA O. HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-cv-593-JTA |
| ) | |
| ALABAMA STATE UNIVERSITY, ) | (WO) |
| ) | |
| Defendant. ) | |

**ORDER ON PRETRIAL HEARING**

A pretrial hearing was held in this case on _____, wherein the following proceedings were held and actions taken:

1. PARTIES AND TRIAL COUNSEL:

   COUNSEL APPEARING AT PRETRIAL HEARING: (same as trial counsel) or (indicate if different) _____.

2. JURISDICTION AND VENUE:

3. PLEADINGS: The following pleadings and amendments were allowed:

4. CONTENTIONS OF THE PARTIES:
   (a) The plaintiff(s)
   (b) The defendant(s)

2

5. STIPULATIONS BY AND BETWEEN THE PARTIES:

6. The Plaintiff(s) shall file a trial brief with the court **on or before** **_____.** The Defendant(s) shall file a trial brief with the court **on or before _____**.

7. **If a jury trial**, the parties are ORDERED to file any requested voir dire questions **(voir dire questions should not duplicate questions contained in the jury questionnaire)**, proposed jury instructions **(together with citations of authority in support of each proposed instruction)** and proposed verdict forms no later than two weeks prior to the date shown on the docket for jury selection. Motions in limine, along with supporting briefs, shall be filed not later than two weeks before trial. The court will not entertain motions to exclude or limit evidence thereafter. Responses to motions in limine, with supporting briefs, shall be filed not later than one week before the trial.

8. Each party shall have available at the time of trial, for use by the court, two copies of the list of the exhibits and two extra copies of each photostatically reproducible exhibit.

9. It is ORDERED by this Court that all of the above-named allowances and agreements be, and the same are hereby, binding upon all parties in the above-styled cause unless this Order be hereafter modified by Order of the Court.

DONE this _____ day of _____, 2022.

 

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE