IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TELMA O. HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-cv-593-JTA |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Before the Court is Plaintiff's Opposed Motion to Continue August 8, 2022, Trial Setting, defendant's response thereto, and plaintiff's reply. (*See* Docs. No. 140, 141, 142.) Upon consideration of the motion, and for good cause, it is

ORDERED that the plaintiff's motion (Doc. No. 140) is GRANTED as follows:

1. The pretrial hearing set for June 29, 2022 is hereby CONTINUED to October 26, 2022 at 2:00 p.m. in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama.

2. The jury selection and trial set in this matter for August 8, 2022 are hereby CONTINUED to December 12, 2022.

All other provisions of this Court's Uniform Scheduling Orders (Docs. No. 12, 63, 68, 79) shall remain in effect.

DONE this 23rd day of June, 2022.

/s/ Jerusha T. Adams
_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE