IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TELMA O. HALL, ⟩
⟩
      Plaintiff, ⟩
⟩
                           ⟩  CASE NO. 16-cv-593-JTA
v. ⟩
⟩
ALABAMA STATE UNIVERSITY, ⟩
⟩
      Defendant. ⟩

## VERDICT

Do you find from a preponderance of the evidence:

1.     That Alabama State University suspended Telma Hall?

              Answer Yes or No **YES**

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," then go to the next question.

2.     That Telma Hall's gender was a motivating factor that prompted Alabama State University to suspend her?

              Answer Yes or No **YES**

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," then go to the next question.

3.     That Telma Hall should be awarded damages to compensate for emotional pain and mental anguish?

              Answer Yes or No **YES**

If your answer is "Yes", in what amount? $ **800,000**

SO SAY WE ALL,

_____
FOREPERSON'S SIGNATURE

DATE: 12|14|22