IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TELMA O. HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:16-cv-593-JTA |
| v. | ) |
| | ) (WO) |
| ALABAMA STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

On December 12, 2022, this cause proceeded to trial before the Court and a jury on Plaintiff's claim for gender discrimination in suspension from employment.[1] On December 14, 2022, the jury returned a verdict in favor of Plaintiff and against Defendant on that claim. The issues having been duly tried and the jury having duly rendered its verdict, it is the JUDGMENT and DECREE of the Court that Plaintiff shall recover from Defendant the sum of $800,000.00, plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961. It is further ORDERED that costs are TAXED against Defendant, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

---

[1] All other claims were dismissed pursuant to this Court's January 8, 2019 Order. (Doc. No. 59.)

DONE this 19th day of December, 2022.

/s/ Jerusha T. Adams
_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE