IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TELMA O. HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:16-cv-593-JTA |
| v. | ) |
| | ) (WO) |
| ALABAMA STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**AMENDED FINAL JUDGMENT**

This cause having proceeded to trial on December 12, 2022, before the Court and a jury on Plaintiff Telma O. Hall's remaining claim for gender discrimination in suspension from employment,[1] the jury having duly rendered its verdict on December 14, 2022, and a Memorandum Opinion and Order having been entered this date granting Defendant Alabama State University's ("ASU's") Motion to Alter or Amend the Judgment (Doc. No. 199) to reduce the compensatory damages award according to 42 U.S.C. § 1981a(3), it is

ORDERED, ADJUDGED, and DECREED that Hall shall recover from ASU the sum of $300,000.00, plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961. It is further ORDERED that costs are TAXED against ASU, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

---

[1] All other claims were dismissed pursuant to this Court's January 8, 2019 Order. (Doc. No. 59.)

DONE this 26th day of September, 2023.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE